| Form 668 (Y)(c) (Rev. October 2000) | 1916 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #8 Lien Unit Phone: (615) 250-5934 | | **Serial Number** 620389386 | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

```
Document: 2003050600002
Book and Page: GI  6658  141
Data Processing F        $2.00
Filing and Recording Fe  $10.00
Total Fees:              $12.00
User: KSPRUIELL
Date: 06-MAY-2003
Time: 07:33:30 A
Contact: Pam Hurst, Register
Hamilton County Tennessee
```

**Name of Taxpayer** DOYLE L BEARDEN

**Residence** 212 1ST ST
FORT OGLETHORP, GA 30742-3619

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | ███-7105 | 11/26/2001 | 12/26/2011 | 879270.08 |

**Place of Filing**
Register of Deeds
Hamilton County
Chattanooga, TN 37402

**Total** $ 879270.08

This notice was prepared and signed at _____ Nashville, TN _____, on this,

the __30th__ day of __April__, __2003__.

| Signature for ELMER ROY | Title REVENUE OFFICER (423) 855-6433 x1580 | 28-13-2513 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgement is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Case 1:09-cv-00301  Document 1-1  Filed 11/24/09  Page 1 of 1
EXHIBIT "G"
Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X