IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| NORTHWEST GEORGIA BANK, § <br> § <br> PLAINTIFF, § <br> § CASE NO. 1:09-CV-301 <br> Vs. § Collier/Lee <br> § <br> TICOR TITLE INSURANCE § <br> COMPANY OF FLORIDA, § <br> § <br> DEFENDANT. § | |

## DISCLOSURE STATEMENT

I, the undersigned counsel of record for Northwest Georgia Bank, certify to the best of my knowledge and belief that my client is the wholly owned subsidiary of NW Services Corp., a Georgia bank holding company organized under the laws of the State of Georgia.

This 24th day of November, 2009.

_Clifton M. Patty_
Clifton M. Patty, Jr.
Georgia Bar No. 567350
Attorney for Plaintiff

Patty & Young
P.O. Box 727
Ringgold, Georgia 30736
(706)935-9100
(706)935-6022 Facsimile
pattylaw@catt.com