# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION AT CHATTANOOGA

| | |
|---|---|
| **NORTHWEST GEORGIA BANK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **TICOR TITLE INSURANCE COMPANY** ) | |
| **OF FLORIDA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |
| ) | |
| **TICOR TITLE INSURANCE COMPANY** ) | **CIVIL ACTION NO. 1:09-CV-301** |
| **OF FLORIDA,** ) | |
| ) | **District Judge: Curtis L. Collier** |
| **Third-Party Plaintiff and** ) | **Magistrate Judge:  Susan K. Lee** |
| **Counterclaimant,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **LEGAL TITLE & ESCROW, INC., ROBERT L.** ) | |
| **BROWN, and DARLENE G. BROWN,** ) | |
| ) | |
| **Third-Party Defendants,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **NORTHWEST GEORGIA BANK and THE** ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Counterdefendant and** ) | |
| **Third-Party Defendants.** ) | |

_____

### AGREED ORDER OF COMPROMISE AND DISMISSAL
_____

Come the parties, as evidenced by the signatures of counsel below, and hereby announce

that they have reached a compromise and settlement of all issues, claims, causes of action, third-

party claims, counterclaims, and all other matters, whether asserted or otherwise, arising out of

the facts, circumstances, and events at issue in this action. The parties, therefore, respectfully request that all claims and causes of action asserted in this action be dismissed with full prejudice against refiling.

WHEREFORE, premises considered and it appearing to the Court, based on the stipulation of the parties, it is hereby ORDERED, ADJUDGED, and DECREED that:

(1)   All issues, claims, causes of action, third-party claims, counterclaims, whether asserted or otherwise, related to this action are hereby DISMISSED with full prejudice against refiling; and

(2)   The parties shall pay their own court costs and discretionary fees, including attorneys' fees.

ENTERED:

/s/

CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ Shayne R. Clinton
Shayne R. Clinton (BPR #26245)
BASS, BERRY & SIMS, PLC
900 S. Gay Street, Suite 1700
Knoxville, TN  37902
Telephone: (865) 521-6200
sclinton@bassberry.com

*Attorney for Defendant, Third-Party Plaintiff,
and Counterclaimant Ticor Title Insurance
Company of Florida*

/s/ Clifton M. Patty, Jr. (by SRC w/permission)
Clifton M. Patty, Jr.
Georgia Bar Number 567350
PATTY & YOUNG
P.O. Box 727
7731 Nashville Street
Ringgold, Georgia 30736
Telephone: (706) 935-9100
Facsimile: (706) 935-6022
pattylaw@catt.com

*Attorney for Plaintiff Northwest Georgia Bank*

/s/ David E. Harrison (by SRC w/permission)
David E. Harrison  (BPR #6986)
GRANT, KONVALINKA & HARRISON, PC
633 Chestnut Street, Suite 900
One Republic Centre
Chattanooga, TN 37450

*Attorney for Third-Party Defendants, Legal Title &*
*Escrow, Inc., Robert L. Brown, and Darlene G. Brown*

/s/ Chistopher D. Belen (by SRC w/permission)
Chistopher D. Belen
Virginia State Bar No. 78281
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-2089
Christopher.D.Belen@usdoj.gov

Tammy O. Combs, Esq.
Assistant United States Attorney
1110 Market Street, Suite 301
Chattanooga, TN  37402

*Attorneys for the Counterdefendant United States*
*of America*

10278174.1